| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BRIDGESTONE AMERICAS TIRE §
OPERATIONS, LLC; CYTEC INDUSTRIES §
INC.; GOODRICH CORP.; HUNTSMAN §
PETROCHEMICAL LLC; JEFFERSON §
COUNTY DRAINAGE DISTRICT NO. 7; §
KMG BERNUTH, INC.; MICHELIN §
NORTH AMERICA, INC.; and TEXACO §
INC., §
  §
      Plaintiffs, §
  §
*versus* §    CIVIL ACTION NO. 1:19-CV-312
  §
ATLANTIC RICHFIELD COMPANY; §
BP AMERICA INC.; BP EXPLORATION §
(ALASKA) INC.; and TOTAL §
PETROCHEMICALS & REFINING USA, §
INC., §
  §
      Defendants. §

## ORDER OF DISMISSAL

The parties' Joint Motion for the Court to Dismiss Action (#73) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 30th day of August, 2022.

                              MARCIA A. CRONE
                              UNITED STATES DISTRICT JUDGE